1 | SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN 128238)
2 | E-mail: dtabacopoulos@seyfarth.com
Jill Porcaro (SBN 190412)
3 | E-mail: jporcaro@seyfarth.com
2029 Century Park East, Suite 3500
4 | Los Angeles, California  90067-3021
Telephone:  (310) 277-7200
5 | Facsimile:  (310) 201-5219

6 | SEYFARTH SHAW LLP
Holly B. Biondo (SBN 216745)
7 | E-mail: hbiondo@seyfarth.com
333 South Hope Street, Suite 3900
8 | Los Angeles, California 90071-1406
Telephone: (213) 270-9600
9 | Facsimile:  (213) 270-9601

10 | Attorneys for Defendant
WALGREEN CO.

11 |

12 | BLUMENTHAL, NORDREHAUG & BHOMIK
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
13 | Aparajit Bhowmik (SBN 248066)
2255 Calle Clara
14 | La Jolla, CA 92037
www.banlawca.com
15 | Telephone: (858) 551-1223
Facsimile: (858) 551-1232

16 |

17 | Attorneys for Plaintiffs
RENE HODACH and WINSTON BOLLS

18 | UNITED STATES DISTRICT COURT

19 | EASTERN DISTRICT OF CALIFORNIA

20 | RENE HODACH and WINSTON BOLLS,
individuals, on behalf of themselves, and on
21 | behalf of all persons similarly situated,

22 | Plaintiff,

23 | v.

24 | WALGREEN CO., a Illinois Corporation, and
DOES 1 through 50, inclusive,

25 |

26 | Defendants.

27 |

28 |

Case No. 2:12-cv-01790-GEB-EFB

**[PROPOSED] ORDER RE STIPULATION TO TRANSFER VENUE TO CENTRAL DISTRICT OF CALIFORNIA**

Complaint Filed:     May 9, 2012

First Amended
Complaint Filed:     August 2, 2012

[PROPOSED] ORDER RE STIPULATION TO TRANSFER VENUE TO
CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:12-cv-01790-GEB-EFB

14793715v.1
14793715v.1

The Stipulation to Transfer Venue to Central District of California, entered into among Plaintiffs Rene Hodach and Winston Bolls, and Defendant Walgreen Co. has been submitted to the Court for consideration.  The Court, having reviewed and considered the stipulation, and good cause appearing therefor, HEREBY ORDERS that the stipulation is APPROVED.  The Clerk is directed to transfer this case to the United States District Court, Central District of California, forthwith.  No further proceedings shall be had in this Court.

IT IS SO ORDERED.

**Date:  8/29/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

[PROPOSED] ORDER RE STIPULATION TO TRANSFER VENUE TO
CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:12-cv-01790-GEB-EFB

14793715v.1
14793715v.1