1 **BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)
2 Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
3 2255 Calle Clara
  La Jolla, CA 92037
4 Telephone: (858)551-1223
  Facsimile: (858) 551-1232
5 Firm Website: http://www.bamlawca.com

6 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE HODACH and WINSTON BOLLS, individuals, on behalf of themselves, and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREEN CO., an Illinois Corporation and DOES 1 to 50, inclusive, <br><br> Defendants | Case No. **2:12-cv-07491-JAK-MRW** (Class Action) <br><br> STIPULATION FOR RELIEF FROM LOCAL RULE 23-3 <br><br> Judge: Hon. John A. Kronstadt <br> Court No.: 750, Roybal Federal Courthouse <br><br> Action Filed:   May 9, 2012 |

1  Plaintiffs Rene Hodach and Winston Bolls (collectively "Plaintiffs") and
2  Defendant Walgreen Co. ("Defendant"), by and through their respective undersigned
3  counsel, hereby stipulate, agree, and jointly request that the Court issue an order as
4  follows:
5  WHEREAS, on or about May 9, 2012, Plaintiff Hodach ("Plaintiff") filed her
6  class action Complaint ("Complaint") against Defendant;
7  WHEREAS, Plaintiff served Defendant with a summons and the Complaint;
8  WHEREAS, on July 6, 2012, Defendant timely removed the action to the
9  United States District Court for the Eastern District of California;
10  WHEREAS, on August 31, 2012, the action was received after being
11  transferred to this Court from the Eastern District of California, [Doc. No. 15];
12  WHEREAS, Local Rule 23-3 requires Plaintiffs to "within 90 days after
13  service of a pleading purporting to commence a class action...file a motion for
14  certification that the action is maintainable as a class action, unless otherwise ordered
15  by the Court;"
16  WHEREAS, Plaintiffs cannot move for class certification in advance of the
17  Local Rule 23-3 deadline because discovery is stayed under Rule 26(f) and the
18  motion cannot reasonably be completed within the Local Rule 23-3 deadline;
19  WHEREAS, Defendant intends on re-filing Defendant's notice of related cases
20  with the Court and is not agreeing that by entering into this stipulation Defendant is
21  conceding that the action is properly before this Court;
22  NOW, THEREFORE, Plaintiffs and Defendant, through their respective
23  counsel of record, stipulate and request as follows:
24  Subject to Court approval the Parties agree that the automatic timing
25  requirements of Local Rule 23-3 shall not apply in this case and, instead, pursuant to
26  the "unless otherwise ordered" provision of Local Rule 23-3, a customized schedule
27  for addressing a schedule for class certification in this case shall be addressed by the
28  Parties at the early meeting of counsel in advance of the first status conference and be

set as part of the initial scheduling order under Rule 16(b) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED AND AGREED.**

DATED: September 10, 2012     BLUMENTHAL, NORDREHAUG & BHOWMIK

By: */s/ Aparajit Bhowmik*
Aparajit Bhowmik

Attorneys for Plaintiffs
RENEE HODACH and WINSTON BOLLS

DATED: September 10, 2012     SEYFARTH SHAW LLP

By: */s/ Diana Tabacopoulos*
Diana Tabacopoulos
Holly B. Blondo

Attorneys for Defendant WALGREEN CO.

K:\D\Dropbox\Pending Litigation\Walgreens - Hodach\d-Stipulation re LR 23-3 - FINAL.wpd