| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Diana Tabacopoulos (SBN 128238)<br>dtabacopoulos@seyfarth.com |
| 3 | Jill A. Porcaro (SBN 190412)<br>jporcaro@seyfarth.com |
| 4 | 2029 Century Park East, Suite 3500<br>Los Angeles, California  90067-3021 |
| 5 | Telephone:   (310) 277-7200<br>Facsimile:    (310) 201-5219 |
| 6 | Attorneys for Defendant<br>WALGREEN CO. |
| 7 | |
| 8 | BLUMENTHAL, NORDREHAUL &<br>BHOWMIK |
| 9 | Norman B. Blumenthal (SBN 068687)<br>Kyle R. Nordrehaug (SBN 205975) |
| 10 | Aparajit Bhowmik (SBN 248066)<br>www.banlawca.com |
| 11 | 2255 Calle Clara<br>La Jolla, California  92037 |
| 12 | Telephone:   (858) 551-1223<br>Facsimile:    (858) 551-1232 |
| 13 | Attorneys for Plaintiffs<br>RENE HODACH and WINSTON BOLLS |
| 14 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE HODACH and WINSTON BOLLS, individuals, on behalf of themselves, and on behalf of all persons similarly situated,, | Case No. 2:12-cv-07491-PSG-FFM |
| | **STIPULATION TO RESCHEDULE SCHEDULING CONFERENCE DUE TO UNAVAILABILITY OF DEFENDANT'S LEAD TRIAL COUNSEL** |
| Plaintiff/Counter-Defendant, | |
| v. | Judge:    Hon. Philip S. Gutierrez<br>Date Action Filed: May 9, 2012<br>Courtroom: Roybal 880 |
| WALGREEN CO., an Illinois corporation; and DOES 1 through 50, inclusive,, | |
| Defendant. | |

STIPULATION TO RESCHEDULE SCHEDULING CONFERENCE DUE TO UNAVAILABILITY
OF DEFENDANT'S LEAD TRIAL COUNSEL / CASE NO. 2:12-CV-07941-PSG-FFM

14893634v.1 / 20293-000214

1  WHEREAS, on September 27, 2012, the Court issued an Order setting a
2  Scheduling Conference in this matter for Monday, October 22, 2012 at 2:00 p.m.
3  WHEREAS, Defendant's lead trial counsel, Diana Tabacopoulos, is unable
4  to attend the Scheduling Conference on that day because she will be out of state due
5  to a preexisting conflict with another business matter.
6  WHEREAS, lead trial counsel for the parties are available to attend the
7  Scheduling Conference in this matter on November 26, 2012; and
8  WHEREAS, Defendant's counsel has been informed that November 26,
9  2012 is available on the Court's calendar for a Scheduling Conference in this
10 matter.
11 NOW THEREFORE the parties hereby stipulate through their respective
12 counsel of record that the Scheduling Conference in this matter shall be continued
13 to Monday, November 26, 2012, at 2:00 p.m. or to a date thereafter that is
14 convenient for the Court.

18  / / /
19  / / /
20  / / /

Pursuant to Local Rule 5-4.3.4(2)(ii), I hereby attest that the content of this document is acceptable to Aparajit Bhowmik, Counsel for Plaintiffs, and that I have obtained Aparajit Bhowmik's authorization to affix his electronic signature to this document.

DATED: October 5, 2012                SEYFARTH SHAW LLP


By: /s/ Jill A. Porcaro
    Jill A. Porcaro
    Diana Tabacopoulos
Attorneys for Defendant
WALGREEN CO.

DATED: October 5, 2012                BLUMENTHAL, NORDREHAUG &BHOWMIK


By: Aparajit Bhowmik
    Norman B. Blumenthal
    Kyle R. Nordrehaug
    Aparajit Bhowmik

Attorneys for Plaintiffs
RENE HODACH and WINSTON BOLLS

3
STIPULATION TO RESCHEDULE SCHEDULING CONFERENCE DUE TO UNAVAILABILITY
OF DEFENDANT'S LEAD TRIAL COUNSEL/ CASE NO. 2:12-CV-07491 PSG-FFM

14893634v.1 / 20293-000214

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 3500, Los Angeles, California 90067-3021. On October 5, 2012, I served the within documents:

**STIPULATION TO RESCHEDULE SCHEDULING CONFERENCE DUE TO UNAVAILABILITY OF DEFENDANT'S LEAD TRIAL COUNSEL; and [PROPOSED] ORDER RESCHEDULING SCHEDULING CONFERENCE PURSUANT TO STIPULATION**

☐ I sent such document from facsimile machine (213) 270-9601 on October 5, 2012. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (213) 270-9601 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below for delivery the next business day.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☒ electronically by using the Court's ECF/CM System.

Norman Blumethal, Esq.            Telephone: (858) 551-1223
Kyle R. Nordrehaug, Esq.          Fax: (858) 551-1232
Aparajit Bhowmik, Esq.
Blumenthal, Nordrehaug & Bhowmik
2255 Calle Clara
La Jolla, CA 92037

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on October 5, 2012, at Los Angeles, California.

_____
Karla Villalobos-Roque